# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Hancock Whitney Bank Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Hancock Whitney Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Hancock Whitney offers a mobile banking app with a 'Mobile Check Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>https://web.archive.org/web/20230324033659/https://www.hancockwhitney.com/mobile-check-deposit |



https://web.archive.org/web/20230324033659/https://www.hancockwhitney.com/mobile-check-deposit

https://web.archive.org/web/20230324033659/https://

www.hancockwhitney.com/mobile-check-deposit



<table>
<tr>
<td></td>
<td>

https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf

## The Processor

The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.

https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor

</td>
</tr>
<tr>
<td>

acquiring an image using an interface to one or more cameras of the mobile device;

</td>
<td>

The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Hancock Whitney Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).

As shown below, the Hancock Whitney Mobile Banking app features a 'Mobile Check Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones.

</td>
</tr>
</table>



https://web.archive.org/web/20230324033659/https://www.hancockwhitney.com/mobile-check-deposit



https://play.google.com/store/apps/details?id=com.hancockwhitney.mobilepersonal



https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/
Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf

https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/

| | |
|---|---|
| | Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf<br><br><br><br>https://web.archive.org/web/20230324033659/https://www.hancockwhitney.com/mobile-check-deposit |
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>**Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software* | The accused instrumentality discloses constructing an image entity (e.g., mobile check deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).<br><br>As shown below, the Hancock Whitney Mobile Banking app features a 'Mobile Check Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission. |

| | |
|---|---|
| *means wherein <u>the image entity comprises of an image profile that associates the image with collateral information</u> such as audio, voice, <u>text,</u> speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*<br><br>**Col 6: lines 35-40**<br><br>*The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121** may also be represented as purely digital data.</u> The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.* | <br><br>https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf |



https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/
Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf



https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/
Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf

| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed | The accused instrumentality discloses transmitting the image entity (e.g., mobile check deposit) to one or more servers (e.g., Hancock Whitney Image Manager) to update and/or refresh display of the constructed image entity (e.g., mobile check deposit), wherein the constructed image entity (e.g., mobile check deposit) is accessible to one or more recognized users (e.g., joint account holders) of a virtual network (e.g., Hancock Whitney network) via one or more |
|---|---|

| | |
|---|---|
| image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | client devices (e.g., a smartphone or tablet) through applications (e.g., the Hancock Whitney Mobile Banking Application) in communication with the one or more servers (e.g., Hancock Whiteny servers).<br><br>As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process are stored in the Image Manager associated with the accused instrumentality. Joint account users can access all account statements and check deposit status.<br><br>5: Take a picture of the front and back of your check. Make sure to endorse the back of your check before taking the picture. Then select Deposit Check.<br><br><br><br>https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/Treasury-Manager-Guides/Mobile-Deposit-Quick-Start-Guide.pdf |

## Introduction

Image Manager takes the images of items posted to your account and compresses them into a .zip file for delivery to you. This gives you complete access to not only your items but also the items that you have deposited into your account. You can research by any combination of criteria, including the data fields Account Number, Date, Serial Number, Amount and Type of items (i.e., Credits or Debits), with no additional software needed to access the information.

https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/Treasury-Manager-Guides/Image-Manager-User-Guide.pdf

3:      The landing page for Image Manager will be displayed.  This gives you access to your image files which consist of your deposits along with deposited items for each account you have setup.  Also, any deposit correction notice that may have occurred.



Updated 6.2021

https://www.hancockwhitney.com/hubfs/Treasury_Services/COLB-Migration/Treasury-Manager-Guides/Image-Manager-User-Guide.pdf

Protecting Your Mobile and Online Banking

When you bank online with us, we, along with our third-party service providers who bring these services to you, have access to your information. Information is retained on our system or the system of the appropriate third-party service provider, depending upon what is required to serve your needs. We will protect your information by using those security standards which, at a minimum, meet those required of us by applicable federal and state law. We also require an I.D. and password to access your accounts. If you do not provide this information, we cannot establish an Online Banking service for you. You can also help maintain the security of your banking information by not sharing your I.D. or password with anyone, by changing your password regularly, and by remembering to sign off.

https://www.hancockwhitney.com/online-privacy-policy



http://web.archive.org/web/20230523103416/https://www.hancockwhitney.com/hubfs/Credit-Card-Terms-and-Tabulars/Hancock-Whitney-Bank-Credit-Card-Account-Agreement.pdf